

The following constitutes the order of the Court.
Signed: January 16, 2019

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re

Jamie Lee Scott,

        Debtor.

_____

Randal South,

        Plaintiff

  v.

Jamie L. Scott

        Defendant

_____

Case No. 18-10228
Chapter 7

Adv. Pro. No. 18-01023

## MEMORANDUM REGARDING COURT SERVICE

On January 4, 2019, Plaintiff Randal South filed a *Plaintiff's 2nd Notice of Change of Address* (the "Change of Address") (doc. 49). The Change of Address lists Plaintiff's new address as a post office box located in Stanford, California, and further requests that the Court and other parties "allow at least ten days for mail service when notices can not be sent electronically."

While Federal Rule of Bankruptcy Procedure 7005 does not directly address service of post office boxes, it appears to the Court that the Federal Rules, and common sense, disfavor

service of court documents and pleadings to a post office box, as there is far less of a chance that a person will check a post office box as regularly as a person receives any kind of notices at that person's residence. While the Court will serve Plaintiff at the post office box as requested, the Court is not in a position to extend the time to respond to its *Order After Oral Ruling*, which is to be entered concurrently with or shortly after entry of this Memorandum, simply because Plaintiff has chosen to receive service at a post office box. The Court further notes that while it is appropriate to serve parties with orders of the Court, pursuant to Federal Rule of Bankruptcy Procedure 8002 the time to appeal an order runs from the time of the order's entry, not from the time of receipt of service of the order, rendering any request for extension of time to respond to or appeal an order inappropriate.

As noted in the Court's previous *Order Prior To Hearing Regarding Notice of Hearing To Plaintiff Randal South* (the "Order") (doc. 43), the Bankruptcy Court for the Northern District of California's Electronic Case Filing Procedures do not allow pro se litigants to receive electronic service of documents filed by or with the Court. For the reasons stated in the Order, the Court went to extraordinary lengths, including electronic notice of the Order to Plaintiff, to ensure Plaintiff had notice of the case dispositive oral ruling which took place on January 4, 2019. While the Court is not inclined to go to such lengths for Plaintiff a second time, for the sake of informing Plaintiff of the means of service of the *Order after Oral Ruling*, and to prevent any confusion on Plaintiff's part, the Court shall serve this *Memorandum Regarding Court Service* to Plaintiff electronically. The *Order After Oral Ruling* shall only be served via paper mail to the post office box Plaintiff has registered with the Court. Should the Court issue future notices or rulings in this case, Plaintiff will only receive paper notice at the address Plaintiff has registered with the Court, with no special provisions regarding timing of service beyond that required by local and federal rules.

**\*END OF MEMORANDUM\***

<u>**Court Service List**</u>

**Randal South**
PO Box 18943
Stanford, CA 94309

**Randal South**
Trusty1@zoho.com